# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM K. HUMPHREYS, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> HOMEWARD RESIDENTIAL, INC., et al., ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case No. 2:17-cv-00300-JCM-NJK <br><br> ORDER |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than April 24, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: April 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge