Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM K. HUMPHREYS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HOMEWARD RESIDENTIAL, INC;<br>BOULDER DAM CREDIT UNION;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>　　　　Defendant | Case No.: 2:17-cv-00300-JCM-NJK<br><br>**STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC, PURSUANT TO FRCP 41(A)(I)(A)(ii)** |

　　　　PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Equifax Information Services, LLC, from the above captioned action, with prejudice.  Each party will bear its own fees and costs.

Stipulation of Dismissal of Equifax Information Services, LLC, Pursuant to FRCP 41(A)(I)(A)(ii) - 1

IT IS SO STIPULATED.

Dated this 15th day of August, 2017.

| | |
|---|---|
| /s/ *Matthew I. Knepper* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> Email: dkrieger@hainesandkrieger.com <br><br> *Counsel for Plaintiff* | /s/ *Bradley T. Austin* <br> Bradley T. Austin, Esq. <br> Nevada Bar No. 13064 <br> SNELL & WILMER LLP <br> 3883 Howard Hughes Pkwy., Ste. 1100 <br> Las Vegas, NV 89169 <br> Email: baustin@swlaw.com <br><br> *Counsel for Defendant* <br> *Equifax Information Services, LLC* |

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED August 17, 2017.

Stipulation of Dismissal of Equifax Information Services, LLC, Pursuant to FRCP 41(A)(I)(A)(ii) - 2