Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM K. HUMPHREYS, <br><br> Plaintiff, <br><br> v. <br><br> HOMEWARD RESIDENTIAL, INC; BOULDER DAM CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC, <br><br> Defendants. | Case No. 2:17-cv-00300-JCM-NJK <br><br> **STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Experian Information

- 1 -

Solutions, Inc., from the above captioned action, with prejudice. Each party will bear its own fees and costs.

IT IS SO STIPULATED.

Dated: July 21, 2017

Respectfully submitted,

| | |
|---|---|
| /s/ *Matthew I. Knepper*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>dkrieger@hainesandkrieger.com<br>*Attorneys for Plaintiff* | /s/ *Charles E. Gianelloni*<br>Charles E. Gianelloni. Esq.<br>Nevada State Bar No. 12747<br>Joshua D. Cools, Esq.<br>Nevada State Bar No. 11941<br>V. R. Bohman, Esq.<br>Nevada State Bar No. 13075<br>Bob L. Olson, Esq.<br>Nevada State Bar No. 3783<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>Email: cgianelloni@swlaw.com<br>Email: jcools@swlaw.com<br>Email: vbohman@swlaw.com<br>Email: bolson@swlaw.com<br>Attorneys for Defendant<br>*Experian Information Solutions, Inc.* |
| /s/ *Michael S. Kelly*<br>Michael S. Kelly, Esq.<br>Nevada Bar No. 10101<br>WRIGHT FINLAY & ZAK, LLP<br>7785 W. Sahara Ave., Ste. 200<br>Las Vegas, NV 89117<br>Email: mkelley@wrightlegal.net<br>Attorneys for Defendant<br>*Homeward Residential, Inc., and Ocwen Loan Servicing, LLC* | |

**ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED October 3, 2017.